UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:04CR214(AWT) |
| EVELYN BAEZ | : | |
| | | December 13, 2004 |

## MOTION TO DISMISS

The defendant having entered a plea of guilty to Count One and having been sentenced on December 13, 2004, the United States Attorney, through Michael E. Runowicz, Assistant United States Attorney, respectfully requests that Count Two of the Indictment be dismissed as to Evelyn Baez.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL E. RUNOWICZ
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct08084
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06508
(203) 821-3700

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/14/04

## CERTIFICATION

This is to certify that a copy of the within and forgoing "Government's Motion to Dismiss" was hand delivered on December 13, 2004 to the following:

TERI ANN KNAPSACK, ESQ.
DOMBROSKI, KNAPSACK & HILLIS, LLC
205 WHITNEY AVENUE
NEW HAVEN, CT 06511

MICHAEL E. RUNOWICZ
ASSISTANT U.S. ATTORNEY