UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 15 P 3: 16
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:04CR214(AWT) |
| EVELYN BAEZ | : | |

December 13, 2004

## GOVERNMENT'S MOTION PURUSANT TO U.S.S.G. § 3E1.1(b)

The United States of America respectfully requests that the Court accord defendant an additional 1-level adjustment for acceptance of responsibility pursuant to U.S.S.G. . § 3e1.1(B). In support of this motion the United States states:

1. Defendant EVELYN BAEZ was charged by indictment with a violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) on July 31, 2003.

2. Defendant notified the United States of his intention to plead guilty on September 24, 2004.

3. Pursuant to the plea agreement in this matter, the United States has recommended that defendant received a downward adjustment for acceptance of responsibility pursuant to § 3E1.1(a) because defendant has demonstrated an acceptance of responsibility for her offense:

ORAL ARGUMENT NOT REQUESTED

FILED 2004 DEC 15 P 2: 16 U.S. DISTRICT COURT HARTFORD, CT.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J
Hartford CT   12/14/04

4. The defendant's adjusted offense level is 16 or greater and the defendant has assisted authorities in the prosecution of her own misconduct by timely notifying authorities of her intent to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Michael E. Runowicz*

MICHAEL E. RUNOWICZ
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct08084
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06508
(203) 821-3700

## **CERTIFICATION**

This is to certify that a copy of the within and forgoing "Government's Motion to Dismiss" was hand delivered on December 13, 2004 to the following:

TERI ANN KNAPSACK, ESQ.
DOMBROSKI, KNAPSACK & HILLIS, LLC
205 WHITNEY AVENUE
NEW HAVEN, CT 06511

MICHAEL E. RUNOWICZ
ASSISTANT U.S. ATTORNEY