# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

**EVELIN BAEZ**
1779 Monroe Street
Bronx, New York 10457
SSN: **None**    DOB: **6/9/69**

**JUDGMENT IN A CRIMINAL CASE**

CASE NO. 3:03CR214 (AWT)

2004 DEC 16  P 3: 42

U.S. DISTRICT COURT
HARTFORD, CT.

Michael E. Runowicz, Assistant U.S. Attorney

Terri-Ann Knapsack, Esquire
Defendant's Attorney

The defendant pled guilty to count **one** of an indictment after a plea of not guilty. Accordingly, the defendant is adjudged guilty of count **one**, which involves the following offense:

Title & Section: **21:846**    Count: **one**
Nature of Offense: **Conspiracy to Possess with Intent to Distribute More than 100 Grams of a Mixture and Substance Containing a Detectable Amount of Heroin**
Date Offense Concluded: **July 16, 2003**

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of **24 months, with credit for time served.** Upon release from custody, the defendant shall be on supervised release for a term of **four years.** The court is waiving the condition that the defendant refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of her release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance because the Presentence Report reflects that there is a low risk of future substance abuse by the defendant. A special condition of supervised release shall be that if the defendant is deported, she shall not reenter the United States without the prior written approval of the Attorney General of the United States and prior written notification to the U.S. Attorney's Office and the U.S. Probation Office for the District of Connecticut.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

In addition to the special condition of supervised release imposed above, it is hereby ordered that the conditions of supervised release set out on the reverse side are imposed.

Count **two** is dismissed on the motion of the United States.

It is ordered that the defendant shall pay a special assessment of **$100** for count **one**, which shall be due **immediately**.

**12/14/04**
Date of Imposition of Sentence

_____
Alvin W. Thompson, United States District Judge
Date: **December 16, 2004**

**CERTIFIED AS A TRUE COPY
ON THIS DATE** _____
**Kevin F. Rowe, Clerk**
**BY:** _____
    **Deputy Clerk**