UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> PLAINTIFF ) <br> ) <br> V. ) <br> ) <br> ) <br> ) <br> EVELIN BAEZ ) <br> DEFENDANT ) <br> ) | CRIMINAL NO.: 3:03cr214 (AWT) <br><br> January 18, 2005 |

### MOTION FOR REIMBURSEMENT OF PAYMENT OF TRANSLATION SERVICES NUNC PRO TUNC

Pursuant to Title 18, U.S.C. Sec. 3006A, the Defendant, **EVELIN BAEZ**, respectfully requests that the Court reimburse the undersigned in the amount of $2,607.75 for the expenses of a translator for services rendered during six separate meetings with the Defendant, **EVELIN BAEZ**, held at the York Correctional Facility in Niantic, Connecticut. In support of this motion, the undersigned states as follows:

1. That on July 17, 2003, the undersigned was appointed through the Criminal Justice Act to represent the Defendant, **EVELIN BAEZ**.

2. The Defendant, **EVELIN BAEZ**, is a native of the Dominican Republic and has no understanding of the English language.

3. That the undersigned met with the Defendant, **EVELIN BAEZ**, at the York Correctional Facility in Niantic, Connecticut on the following dates in which Alingo Translation

Agency was hired: January 8, 2004, March 23, 2004, April 6, 2004, May 19, 2004, September 15, 2004 and October 21, 2004.

4. That in order for the Defendant, **EVELIN BAEZ**, to fully understand the issues surrounding her case, the Court proceedings involved and to assist her in making informed decisions, the services of an interpreter was required.

5. That throughout each stage of this proceeding, the Court provided the Defendant with the services of a interpreter.

6. That a copy of the invoices from Alingo Translation Agency totaling $2,607.75 are attached hereto.

7. That the Defendant moves this Court for permission to be reimbursed in the amount of $2,607.75, nunc pro tunc.

THE DEFENDANT
**EVELIN BAEZ**

BY: _____
TERRI-ANN KNAPSACK
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
Bar #: ct11867

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Reimbursement of Payment of Translation Services was mailed, postage prepaid, on January 18, 2005, to all counsel and pro se parties of record, as follows:

**THOMAS P. BELSKY,** Esq.
Office of the Federal Public Defender
2 Whitney Avenue, Suite 300
New Haven, Connecticut 06510

**MICHAEL RUNOWICZ,** AUSA
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

_____
TERRI-ANN KNAPSACK

| | | |
|---|---|---|
| Professional Translators<br>Skilled Litigation Interpreters<br>Technical • Commercial • Legal | MP15030081@aol.com<br>*Alingo Translation Agency* | Phones: (860) 563-3115<br>(860) 563-9280<br>800 246-4264<br>24 Hour Fax: (860) 529-2017 |

TIN # 06-1500335
**MARIO J. PIAZZA, PRESIDENT**
Oriental, European and Middle Eastern Languages
Private, Technical, Legal & Commercial
Interpreters for the Deaf & Hearing Impaired
Notary Public - Out Calls Invited
P.O. Box 290923 • Wethersfield, CT 06129-0923
STATE P.O. #~~1029002727~~
1029003247

Atty. Terri-Ann Knapsack
Dombroski Knapsack &
Hillis LLC
205 Whitney Ave.
New Haven, CT 06511

**INVOICE #: 3816**

**DATE:** Jan. 12, 2004

Phone: 1-203-624-9096 FAX: 203-624-1308

**TERMS: NET 10 DAYS**

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 6 hours | **USA VS. EVELYN BAEZ - DOCKET NO. 3:03CR214**<br>Time spent by Spanish interpreter going to and **York Correctional Center** for the above-cited case on 1-8-04.<br>Grand total------------------------------------------------<br>5% favored client discount = $570.00<br>Net total-------------------------------------------------- | $ 100.00 | $ 600.00<br><br>$ 600.00<br><br>$ 570.00 |

(Mileage waived)

**THANKS FOR CALLING ALINGO!**

*PROCESSED AND PAID*
Accounts Payable
CHECK #: 13142
DATE: 1/15/04
DOMBROSKI, KNAPSACK & HILLIS LLC

Professional Translators
Skilled Litigation Interpreters
Technical • Commercial • Legal

MP15030081@aol.com

*Alingo Translation Agency*

TIN # 06-1500335
MARIO J. PIAZZA, PRESIDENT
Oriental, European and Middle Eastern Languages
Private, Technical, Legal & Commercial
Interpreters for the Deaf & Hearing Impaired
Notary Public - Out Calls Invited
P.O. Box 290923 • Wethersfield, CT 06129-0923
STATE P.O. #1029002727

Phones: (860) 563-3115
(860) 563-9280
800 246-4264
24 Hour Fax: (860) 529-2017

Atty. Terri-Ann Knapsack
Dombroski, Knapsack &
Hillis LLC
129 Whitney Ave.
New Haven, CT 06510

INVOICE #: 3870

DATE:

March 26, 2004

Phone: 1-203-624-9096    FAX: 1-203-624-1308

**TERMS: NET 10 DAYS**

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 5 hours | **USA VS. EVELYN BAEZ**<br>**CASE NO.3:03CR214**<br>Time spent by Spanish interpreter going to and from the **YORK CORRECTIONAL CENTER** in Niantic, CT on 3/23/04.<br>Grand total-------------------------------------------<br>5% favored-client discount = $475.00<br>Net total---------------------------------------------<br>Note: An additional 5% discount is offered if the payment is received within 10 days of the above date. (Net: $451.25)<br><br>(Mileage waived) | $ 100.00 | $ 500.00<br><br><br>$ 500.00<br><br>$ 475.00 |

PROCESSED AND PAID
Accounts Payable
CHECK#: 13290
DATE: 3/26/04

DOMBROSKI, KNAPSACK & HILLIS LLC

Professional Translators
Skilled Litigation Interpreters
Technical • Commercial • Legal

MP15030081@aol.com

*Alingo Translation Agency*

Phones: (860) 563-3115
(860) 563-9280
800 246-4264
24 Hour Fax: (860) 529-2017

TIN # 06-1500335
MARIO J. PIAZZA, PRESIDENT
Oriental, European and Middle Eastern Languages
Private, Technical, Legal & Commercial
Interpreters for the Deaf & Hearing Impaired
Notary Public - Out Calls Invited
P.O. Box 290923 • Wethersfield, CT 06129-0923
STATE P.O. #1029002727

Atty. Terri-Ann Knapsack
Dombroski, Knapsack
& Hillis LLC
Attorneys at Law
129 Whitney Ave.
New Haven, CT 06510

INVOICE #: 3885

DATE:

April 12, 2004

Phone: 1-203-624-9096     FAX: 1-203-624-1308

TERMS: NET 10 DAYS

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 5 Hours | USA VS. EVELYN BAEZ
Time spent by Spanish interpreter going to and from York Correctional Center for the above-cited case on 4/06/04.
Grand total---------------------------------------------
5% favored-client discount = $475.00
Net total---------------------------------------------- | $ 100.00 | $ 500.00

$ 500.00

$ 475.00 |

THANKS FOR CALLING ALINGO!

PROCESSED AND PAID
Accounts Payable
CHECK #:
DATE:
DOMBROSKI, KNAPSACK & HILLIS LLC

PAID 4/12/04 13326

Professional Translators
Skilled Litigation Interpreters
Technical • Commercial • Legal

MP15030081@aol.com

*Alingo Translation Agency*

Phones: (860) 563-3115
(860) 563-9280
800 246-4264
24 Hour Fax: (860) 529-2017

TIN # 06-1500335
**MARIO J. PIAZZA, PRESIDENT**
Oriental, European and Middle Eastern Languages
Private, Technical, Legal & Commercial
Interpreters for the Deaf & Hearing Impaired
Notary Public - Out Calls Invited
P.O. Box 290923 • Wethersfield, CT 06129-0923
STATE P.O. #1029002727

Atty. Terri-Ann Knapsack
Dombroski, Knapsack
& Hillis LLC
129 Whitney Ave.
New Haven, CT 06510

Phone: 1-203-624-9096   FAX: 1-203-624-1308

**INVOICE #: 3919**

**DATE:**

May 21, 2004

**TERMS: NET 10 DAYS**

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 6 Hours | **USA VS. EVELYN BAEZ**<br>Time spent by Spanish interpreter going to and from York Correctional Center in Niantic for the above-cited case on May 19, 2004.<br>Grand total------------------------------------------<br>5% favored-client discount = $570.00<br>Net total--------------------------------------------- | $ 100.00 | $ 600.00<br><br><br>$ 600.00<br><br>$ 570.00 |

PAID   ENTERED   FILE

Professional Translators
Skilled Litigation Interpreters
Technical • Commercial • Legal

MP15030081@aol.com

## Alingo Translation Agency

TIN # 06-1500335
**MARIO J. PIAZZA, PRESIDENT**
Oriental, European and Middle Eastern Languages
Private, Technical, Legal & Commercial
Interpreters for the Deaf & Hearing Impaired
Notary Public - Out Calls Invited
P.O. Box 290923 • Wethersfield, CT 06129-0923
STATE P.O. #1029002727

Phones: (860) 563-3115
(860) 563-9280
800 246-4264
24 Hour Fax: (860) 529-2017

Attn: Carl Frederick
Atty. Terri-Ann Knapsack
DOMBROSKI, KNAPSACK & HILLIS
ATTORNEYS AT LAW
129 Whitney Avenue
New Haven, Ct 06510

INVOICE #: 4029

DATE:
Sept. 15, 2004

Phone: 1-203-624-9096    FAX: 1-203-624-1308

**TERMS: NET 10 DAYS**

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 4 hours | U.S.A. VS. EVELYN BAEZ - CASE # 3:03CR214<br>Time spent by Spanish interpreter going to and from York Correctional Center for the above-cited case on 9/15/04.<br>Grand total----------------------------------------<br>5% favored-client discount = $380.00<br>Net total------------------------------------------<br>Note: An additional 5% discount is offered if the payment is received within 10 days of the above date. (Net: $361.00) | $ 100.00 | $ 400.00<br><br>$ 400.00<br><br>$ 380.00 |

ENTERED   PAID

FILE

Professional Translators
Skilled Litigation Interpreters
Technical • Commercial • Legal

MP1503008l@aol.com

*Alingo Translation Agency*

Phones: (860) 563-3115
(860) 563-9280
800 246-4264
24 Hour Fax: (860) 529-2017

TIN # 06-1500335
**MARIO J. PIAZZA, PRESIDENT**
Oriental, European and Middle Eastern Languages
Private, Technical, Legal & Commercial
Interpreters for the Deaf & Hearing Impaired
Notary Public - Out Calls Invited
P.O. Box 290923 • Wethersfield, CT 06129-0923
STATE P.O. #1029002727

Atty. Terri-Ann Knapsack
Dombroski, Knapsack & Hillis
Attorneys at Law
129 Whitney Ave.
New Haven, CT 06510

**INVOICE #: 4074**

**DATE:**

Phone: 1-203-624-9096   FAX: 1-203-624-1308

Oct. 25, 2004
**TERMS: NET 10 DAYS**

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 HOURS | **USA V. EVELYN BAEZ (3:03cr214(AWT)** Minimum fee for time spent by Spanish interpreter going to and from York Correctional Center in Niantic on 10/21/04. | $ 100.00 | $ 200.00 |
| | Grand total----------------------------------------- | | $ 200.00 |
| | 5% favored-client discount = $190.00 Net total------------------------------------------- | | $ 190.00 |
| | Note: An additional 5% discount is offered if the payment is received within 10 days of the above date. (Net: $180.50) | | |

ENTERED 11/24/04

PAID 13823