

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>V.<br><br>EVELIN BAEZ<br>DEFENDANT | ) <br> ) CRIMINAL NO.: 3:03cr214(AWT)<br> )<br> )<br> )<br> ) January 18, 2005<br> )<br> )<br> ) |

## MOTION FOR REIMBURSEMENT OF PAYMENT OF TRANSLATION SERVICES NUNC PRO TUNC

Pursuant to Title 18, U.S.C. Sec. 3006A, the Defendant, **EVELIN BAEZ**, respectfully requests that the Court reimburse the undersigned in the amount of $2,607.75 for the expenses of a translator for services rendered during six separate meetings with the Defendant, **EVELIN BAEZ**, held at the York Correctional Facility in Niantic, Connecticut. In support of this motion, the undersigned states as follows:

1. That on July 17, 2003, the undersigned was appointed through the Criminal Justice Act to represent the Defendant, **EVELIN BAEZ**.

2. The Defendant, **EVELIN BAEZ**, is a native of the Dominican Republic and has no understanding of the English language.

3. That the undersigned met with the Defendant, **EVELIN BAEZ**, at the York Correctional Facility in Niantic, Connecticut on the following dates in which Alingo Translation

---

GRANTED. Because counsel for the defendant has already paid the translator, counsel should contact Chief Deputy Clerk Victoria Minor for instructions on the proper steps to obtain reimbursement. It is so ordered.

Alvin W. Thompson, U.S.D.J.     Hartford, CT    1/25/2005