UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR214 (AWT) |
| EVELIN BAEZ | : | June 7, 2006 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    CHRISTINE SCIARRINO
    ASSISTANT UNITED STATES ATTORNEY
    157 CHURCH STREET, 23RD FLOOR
    NEW HAVEN, CONNECTICUT 06510
    TELEPHONE (203) 821-3700
    FAX: (203) 773-5392
    EMAIL: Christine.Sciarrino@usdoj.gov
    FEDERAL BAR NO: CT03393

## CERTIFICATION

This is to certify that as of this 7th day of June 2006, undersigned counsel does not know the whereabouts of the Defendant.

_____
CHRISTINE SCIARRINO