## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No: 3:03CR214 (AWT) |
| EVELIN BAEZ | : | |

## **ORDER**

This cause having come before this Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of the defendant's special assessment, entered on December 17, 2004 in this cause; and the Court being advised in the premises is of the opinion that the petition is well taken and the defendant's special assessment is hereby remitted.

SO ORDERED.

Dated this _____ day of _____, 2006 at Hartford, Connecticut.

_____
HONORABLE ALVIN W. THOMPSON
UNITED STATES DISTRICT JUDGE